# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 17, 2014

## NO. 03-13-00018-CV

**The State of Texas Agencies and Institutions of Higher Education, Atmos Texas Municipalities, City of Dallas, and Atmos Cities Steering Committee, Appellants**

**v.**

**Railroad Commission of Texas and Atmos Pipeline-Texas, Appellees**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
### AFFIRMED -- OPINION BY CHIEF JUSTICE JONES

This is an appeal from the judgment signed by the trial court on December 10, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.